UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br>SECTION: J |
| This Document Relates to:<br>*No. 15-567* | * * * * | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Christine Reitano has moved to dismiss all claims against Louis J. Freeh and Freeh Group International Solutions, LLC with prejudice. Defendants Louis J. Freeh and Freeh Group International Solutions, LLC have consented to dismissal with prejudice. The Court has considered the motion and concludes that Plaintiff's claims should be dismissed with prejudice, with each party to bear its own costs, fees, and expenses.

**IT IS THEREFORE ORDERED** that case No. 15-567 and all claims brought by Plaintiff against Louis J. Freeh and Freeh Group International Solutions, LLC are hereby DISMISSED with prejudice to the re-filing of same. All costs, fees, and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring such costs. This is a final judgment.

New Orleans, Louisiana this 12th day of December, 2017.

_____
United States District Judge

NOTE TO CLERK:  Enter in 10-md-2179 and 15-567